JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

| | |
|---|---|
| RYAN LUKMAN, an individual and on behalf of all others similarly situated;<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>SAFE HAVEN SECURITY SERVICES, LLC, a Missouri limited liability company; and DOES 1 through 50,<br><br>　　　Defendants. | Case No.: 5:24−cv−00770−FMO-SP<br><br>[Assigned for All Purposes to: Hon. Fernando M. Olguin, Courtroom: 6D]<br><br>**ORDER GRANTING STIPULATION [30] TO REMAND TO STATE COURT**<br><br>Complaint Filed:　February 13, 2024<br>Removal Date:　　April 12, 2024 |

     Having considered the parties' Stipulation to Remand to State Court and for good cause showing, the Court rules as follows:

     All dates are vacated, and the case is remanded to the Superior Court of the State of California for the County of Riverside.

     **IT IS SO ORDERED.**

Dated: <u>November 21, 2024</u>           By: <u>      /s/                     </u>
                                                                                Hon. Fernando M. Olguin
                                                                                United States District Judge

ORDER GRANTING STIPULATION TO REMAND TO STATE COURT